# United States District Court
WESTERN DISTRICT OF WASHINGTON

CHARLES HOPPER

        v.

PIERCE COUNTY SHERIFF,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5696BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's copy of the Report and Recommendation was returned to the Clerk's office as undeliverable. Judge Arnold's previous order to show case was also returned as undeliverable. Plaintiff has not cured the deficiencies in his complaint, nor has Plaintiff filed objections to the Report and Recommendation. As noted in the Report and Recommendation, it is the Plaintiff's obligation to keep the court apprised of his current address. *See* Dkt. 9 (*citing* Local Rule CR41(b)(2).

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

| March 2, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                                           *s/CM Gonzalez*
                                                                           Deputy Clerk